UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

**TEJINDER SINGH JAWANDHA** and
**RAJ KAMAL CLARE,**

      Defendants.

_____

THIRD AMENDED
SCHEDULING ORDER

Criminal No. 05-CR-209A(Sr)

      The defendants have requested that the Second Amended Scheduling Order which was filed on November 15, 2005, be held in abeyance. The government does not object. The Second Amended Scheduling Order is hereby held in abeyance.

      A status conference will be held before the undersigned on **February 22, 2006, at 2:30 P.M.**

      In accordance with the Second Circuit Speedy Trial Guidelines, Part I(C)(3)(a) and (b), and upon the authority of *United States v Piontek,* 861 F.2d 152, 154 (7th Cir., 1988); *United States v Montoya,* 827 F.2d 143, 153 (7th Cir., 1987); *United States v. Wilson,* 835 F2d 1440, 1444 (D.C. Cir., 1987; *United States v Tibboel,* 753 F.2d 608, 610 (7th Cir., 1985); and *United States v Jodoin,* 672 F.2d 232, 238 (1st Cir., 1982), the period of time from the date of this order until February 22, 2006, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

      SO ORDERED.

/s/ H. Kenneth Schroeder, Jr.

_____
**H. KENNETH SCHROEDER, Jr.**
**United States Magistrate Judge**

**DATED:**      **December 15, 2005**
                **Buffalo, New York**